**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Barry Evans,** | : |
| | : |
| Plaintiff, | : Civil Action No.: 3:10-cv-01469 (CFD) |
| v. | : |
| | : |
| **Central Collections Bureau; and DOES 1-10, inclusive,** | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITHOUT PREJUDICE**
<u>**PURSUANT TO RULE 41(a)**</u>

Barry Evans ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**Dated: March 17, 2011**

    **Respectfully submitted,**

    **PLAINTIFF, Barry Evans**

    <u>**/s/ Sergei Lemberg**</u>

    **Sergei Lemberg, Esq.**
    **LEMBERG & ASSOCIATES L.L.C.**
    **1100 Summer Street, 3rd Floor**
    **Stamford, CT 06905**
    **Telephone: (203) 653-2250**
    **Facsimile: (877) 795-3666**
    slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg

Sergei Lemberg